IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| DAYTON SUPERIOR CORPORATION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Case No. 3:09cv00114 |
| vs. | : | District Judge Walter Herbert Rice |
| | | Magistrate Judge Sharon L. Ovington |
| GENERAL TECHNOLOGIES, INC., | : | |
| | | |
| Defendant. | : | |

---

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS FILED ON OCTOBER 30, 2009 (Doc. #11); DENYING DEFENDANT'S FIRST MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION (Doc. #5)**

---

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #11), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations filed on October 30, 2009 (Doc. #11) is ADOPTED in full; and

2. Defendant's First Motion to Dismiss for Lack of Personal Jurisdiction (Doc. #5) is DENIED.

_____
Walter Herbert Rice
United States District Judge